# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GERALD H. STOLP, <br><br> Petitioner, <br><br> v. <br><br> KIM HOLLAND, <br><br> Respondent. | No. 1:16-cv-00560-JLT (HC) <br><br> **ORDER DIRECTING PETITIONER TO FILE STATUS REPORT** <br><br> **[FOURTEEN DAY DEADLINE]** |

On April 25, 2016, the Court issued an order granting Petitioner's motion to stay the proceedings pending exhaustion of state remedies. The Court directed Petitioner to file a status report every sixty days. Petitioner filed his last status report in this case on June 19, 2017. Over sixty days have passed and Petitioner has failed to file a status report.

Accordingly, Petitioner is ORDERED to file a status report within fourteen days of the date of service of this order. As discussed by the Court in the order granting the stay, failure to comply with this order will result in the Court vacating the stay.

IT IS SO ORDERED.

Dated: __September 26, 2017__           ____/s/ Jennifer L. Thurston____
                                        UNITED STATES MAGISTRATE JUDGE