UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GERALD H. STOLP,<br><br>        Petitioner,<br><br>    v.<br><br>KIM HOLLAND,<br><br>        Respondent. | No. 1:16-cv-00560-LJO-JLT (HC)<br><br>**ORDER MODIFYING FINDINGS AND RECOMMENDATION**<br><br>**[Doc. 41]** |

Petitioner filed a petition for writ of habeas corpus on March 15, 2016. After a stay of the proceedings, the Court issued a scheduling order on October 20, 2017. On February 2, 2018, Respondent filed an answer to the petition. Pursuant to the Court's scheduling order, Petitioner's traverse was due on or before March 5, 2018. Petitioner did not file a traverse within the allotted time, nor did he request an extension of time.

On March 27, 2018, Petitioner filed an untimely traverse. On March 29, 2018, the Court issued Findings and Recommendations to deny the petition on the merits. Although the traverse was untimely, the Court has considered the arguments presented therein.

///

///

///

1

Accordingly, the Court ORDERS that the Findings and Recommendations are **MODIFIED** to reflect that Petitioner filed an untimely traverse on March 27, 2018. In all other respects, the Findings and Recommendations remain the same.

IT IS SO ORDERED.

Dated: __**April 3, 2018**__             __**/s/ Jennifer L. Thurston**__
                                                                  UNITED STATES MAGISTRATE JUDGE